EDWARD LEWIS v. THE STATE.

No. 21856. Delivered January 21, 1942.

The opinion states the case.

*Harvey W. Lindsay,* of Dallas, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State,

HAWKINS, Presiding Judge.

Conviction is for burglary, punishment assessed at two years in the penitentiary.

The record before us shows no notice of appeal. Such notice is indispensable to give this court jurisdiction. See Art. 827 C. C. P. and cases cited in Note 2 under said article.

The appeal is dismissed.